**FILED**

FEB 25 2021

IN UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | Criminal No. 1:21cr15 |
| SEDEQUA M. GRAHAM, | Violations: 18 U.S.C. § 1341  TSK |
| Defendant. | 18 U.S.C. § 1349  MJA |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

(Attempted Mail Fraud)

1. From in or around August 2020, and continuing through in or around September 2020, in Preston County, in the Northern District of West Virginia, defendant **SEDEQUA M. GRAHAM** devised a scheme to obtain money by means of false and fraudulent pretenses, representations, and promises.

*The Scheme to Defraud*

It was part of the scheme to defraud that:

2. The defendant, **SEDEQUA M. GRAHAM**, while incarcerated at Secure Female Facility Hazelton, obtained the means of identification of individuals, including their names, dates of birth and Social Security numbers.

3. The defendant, **SEDEQUA M. GRAHAM**, attempted to send the means of identification of individuals to knowingly aid, abet, counsel, command, induce, procure, and cause the preparation of fraudulent claims for unemployment benefits.

4. On or about September 1, 2020, for the purpose of executing, and attempting to execute,

the scheme and artifice to defraud for obtaining money and property, defendant **SEDEQUA M. GRAHAM**, knowingly placed correspondence containing the means of identification of individuals, including their names, dates of birth and Social Security numbers, in a locked mailbox at the Secure Female Facility Hazelton, an authorized depository for mail, to be sent or delivered by the Postal Service.

5. The defendant, **SEDEQUA M. GRAHAM**, did so in relation to, or involving any benefit authorized, transported, transmitted, transferred, disbursed, or paid in connection with, a presidentially declared emergency, as defined in 42 U.S.C. § 5122.

All in violation of Title 18, United States Code, Sections 1341 and 1349.

*/s/ W. J. Powell*
WILLIAM J. POWELL
United States Attorney


Christopher L. Bauer
Assistant United States Attorney